COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    In re Barbara Kirchner, Individually and as Administratrix of
the Charles Gaffney Estate

Appellate case number:    01-14-00152-CV

Trial court case number:    1998-25865

Trial court:    127th District Court of Harris County

On February 19, 2014, relator, Barbara Kirchner, individually and as administratrix of the Charles Gaffney estate, filed a petition for writ of mandamus, stating that "[t]his is an emergency motion for a Writ of Mandamus to stop the trial setting of this action." To the extent relator is requesting temporary relief from the trial court's order denying her motion for continuance, we **deny** her request. *See* TEX. R. APP. P. 52.10.

It is so ORDERED.

Judge's signature: /s/ Sherry Radack
☑ Acting individually    ☐ Acting for the Court

Date: February 20, 2014